OPINION — AG — A CONVICTION FOR DRUNK DRIVING IMPOSED UNDER THE TERMS OF THE HIGHWAY SAFETY CODE AS IT EXISTED PRIOR TO SEPTEMBER 1, 1961, MAY CONSTITUTE A PREDICATE FOR A SECOND OFFENSE PROSECUTION FOR THE CRIME OF DRUNK DRIVING, WHICH HAS OCCURRED SINCE SAID SEPTEMBER 1, 1961, AND UNDER THE PROVISIONS OF 47 O.S. 1961 11-902 [47-11-902], 75 O.S. 1961 151-159 [75-151] — [75-159], 47 O.S. 1961 93 [47-93], 47 O.S. 1961 11-901 [47-11-901], 47 O.S. 1961 11-902 [47-11-902], 47 O.S. 1961 121.3 [47-121.3], 47 O.S. 1961 116.10 [47-116.10]